**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIANCA WEBBER,

Plaintiff

v.

LEE ANN BENNETT, *et al.*,

Defendants

Case No.: 3:26-cv-00580-ART-CSD

**Order**

The court is in receipt of mail returned as undeliverable to the Plaintiff in this case. Upon closer inspection, it appears the address on the court's docket may contain two typos, which could explain why the mail sent to Plaintiff could not be delivered. As reflected on the envelope containing Plaintiff's complaint, Plaintiff's address should be:

Bianca Webber
27 Maryland Street
Indianapolis, IN 46219

The Clerk is therefore directed to update Plaintiff's address of record to the foregoing, and to resend ECF No. 2 to Plaintiff at the updated address of record.

**IT IS SO ORDERED**.

Dated: August 24, 2026

Craig S. Denney
United States Magistrate Judge