UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIANCA WEBBER,<br>Plaintiff.<br>v.<br>LEE ANN BENNETT, et al.,<br>Defendants. | Case No. 3:26-cv-00580-ART-CSD<br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On July 30, 2026, Plaintiff Bianca Webber filed an application to proceed in forma pauperis and a one-sentence complaint. (ECF Nos. 1, 1-1.) On three occasions since, mail sent from this Court to Plaintiff's provided address has been returned as undeliverable. (ECF Nos. 3, 5, 7.) The Court instructed Plaintiff to provide an updated address by October 5, 2026, and warned that failure to do so may result in dismissal under LR IA 3-1. (ECF No. 6.)

After Plaintiff missed the deadline, Magistrate Judge Craig S. Denney issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's action without prejudice. (ECF No. 8.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Plaintiff did not object to Judge Denney's recommendation within the statutory fourteen-day period, and the time to do so has now expired. Plaintiff also has yet to provide the Court with an updated address as instructed.

It is therefore ordered that Judge Denney's R&R (ECF No. 8) is ADOPTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 23rd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE